UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 19cr4465-JLS |
|---|---|
| Plaintiff, | AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| ANTHONY RUBEN GONZALEZ, | |
| Defendant. | |

On May 8, 2020, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of Defendant ANTHONY RUBEN GONZALEZ ("Defendant") in the following properties:

    a. $4,426.00 in U.S. Currency;

    b. AR-15 rifle magazine;

    c. Ruger AR-556 Rifle, 5.56 mm rifle bearing serial number 853-34533

    d. 860 rounds of assorted ammunition, assorted cal;

    e. 27 rounds assorted ammunition 556 cal; and

    f. 1 round assorted ammunition 556 cal.

//

//

Part of item a, to wit, $3,825.00 in U.S. Currency, which was included in the Plea Agreement, Forfeiture Addendum, and Preliminary of Criminal Forfeiture was forfeited by the San Diego District Attorney's Office.

The following asset, which was included in the Plea Agreement, Forfeiture Addendum, and Preliminary Order of Criminal Forfeiture, will not be forfeited in this criminal case, but will be disposed of in accordance with law when no longer needed for evidence by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"):

  g. AR-15 rifle magazine.

On or about March 4, 2020, the following asset was administratively forfeited in the Southern District of California by ATF:

  h. Ruger AR-556 Rifle, 5.56 mm rifle bearing serial number 853-34533.

For thirty (30) consecutive days ending on August 9, 2020, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the properties **(items d-f)** in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

For thirty (30) consecutive days ending on October 29, 2020, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the **$601.00 in U.S. Currency (the remaining part of item a)** in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty (30) days of the final

publication for a hearing to adjudicate the validity of their alleged legal interest in the properties.

There were no potential third parties known to the United States to have alleged an interest in the forfeited properties; therefore, no one was provided with direct notice of the forfeiture.

More than thirty (30) days have passed following the final date of notice by publication, and no third party has made a claim to or declared any interest in the forfeited properties described above.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of ANTHONY RUBEN GONZALEZ and any and all third parties in the following properties are hereby condemned, forfeited and vested in the United States of America:

    a.    $601.00 in U.S. currency (from the $4,426.00 in U.S. Currency)

    i.    860 rounds of assorted ammunition, assorted cal;

    j.    27 rounds assorted ammunition 556 cal; and

    k.    1 round assorted ammunition 556 cal.

IT IS FURTHER ORDERED that ATF shall dispose of the forfeited properties according to law.

IT IS SO ORDERED.

DATED: December 2, 2020

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge